# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number:

Carrie A. Hess v. Blatt, Hassenmiller, Leibsker & Moore, LLC
and John and Jane Does 1-10

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Carrie A. Hess

FILED
MARCH 28, 2008                                                    YM
08CV1819
JUDGE HOLDERMAN
~~MAGISTRATE JUDGE NOLAN~~

| NAME (Type or print) | |
|---|---|
| Richard J. Wasik | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Richard J. Wasik | |
| FIRM | |
| Law Offices of Richard J. Wasik | |
| STREET ADDRESS | |
| 1304 W. Washington, 1st Floor | |
| CITY/STATE/ZIP | |
| Chicago, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| RWASI9846 | 312-676-1885 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |